EDITH E. KERR, Appellant, *v.* JAMES BRYAR et al., Respondents.

(Argued March 15, 1886; decided April 13, 1886.)

*Charles E. Rushmore* for appellant.

*A. E. Lamb* for respondent.

Agree to affirm on opinion in *Quackenbos* v. *Kingsland* (*ante, p.* 128).
All concur.
Judgment affirmed.